THE AMERICAN NATIONAL BANK, RESPONDENT, v. JOHN
Z. WESTERVELT, JR., IMPLEADED, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon
the report of a referee.

The only question presented by this appeal was whether or not
the referee erred in rejecting a counter-claim set up by the defend-
ant.  The General Term *held*, that the evidence was not sufficient
to establish the claim, and affirmed the report.

*Hayward & Crawford*, for the appellant.

*Moody B. Smith*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.

---

CAROLINE M. CAMPBELL, ADMINISTRATRIX, ETC., RESPONDENT,
v. WILLIAM HOGE, IMPLEADED, ETC., APPELLANT.

APPEAL from an order of reference, made at the Special Term.

The General Term *held*, that the action, as stated in the com-
plaint, was referable, and affirmed the order.  ( *Welsh* v. *Darragh*,
52 N. Y., 590.)

*John E. Burrill*, for the appellant.

*George H. Forster*, for the respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs, besides disbursements.